IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC, CLERK, CHARLESTON, SC
2008 JUN 18 A 7:47

| | |
|---|---|
| BERNARD DRIGGERS, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> Social Security Administration, ) <br> ) <br> Defendant. ) | Civil Action No. 2:07-3410-MBS-GCK <br><br> **ORDER** |

This matter is before the court on motion of the plaintiff filed June 13, 2008, to dismiss his Social Security appeal under the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice. This stipulation of dismissal was agreed to by all parties.

Now, therefore,

It is recommended that the plaintiff's motion be granted and this action is dismissed with prejudice.

_____
George C. Kosko
United States Magistrate Judge

June 18, 2008

Charleston, South Carolina